# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIE MERVIN JOHNSON, | ) | Case No. CV 13-1550 DDP (MRW) |
| Petitioner, | ) | |
| vs. | ) | JUDGMENT |
| RICK HILL, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: December 20, 2013   _____
HON. DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE